UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **5-10-06** Judge **Medler** Case No. **4:06cr280 JCH/MLM**

UNITED STATES OF AMERICA v. **Thomas Kinworthy**

Court Reporter **FTR Gold - L. Holwitt** Deputy Clerk **Lisa Holwitt**

Assistant United States Attorney(s) **Tiffany Becker**
Attorney(s) for Defendant(s) **Shawn Goulet**
Interpreter _____ Probation Officer _____

☐ Court Appoints _____ ☐ Sealed Proceeding

**Proceedings:**

☒ Arraignment
☐ Initial Appearance
☐ Preliminary Examination
☐ Motion Hearing
☐ Revocation
    ☐ Probation
    ☐ Supervised Release

☐ Detention Hearing
☐ Appearance Bond
☐ Evidentiary Hearing (if waived, check motion box)
☐ Change of Plea/Sentencing
☐ Rule 5(c)(3) Removal (Identity)
☐ Competency

☐ Bond Review
☐ Material Witness

Parties present for hearing on _____

☐ Defendant present for Initial Appearance.    ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____    ☐ Secured Appearance Bond    ☐ Secured by 10%
    ☐ Secured by cash only    ☐ Secured by property    ☐ Unsecured bond    ☐ O/R bond

☐ Government filed motion for pretrial detention.    Detention hearing scheduled for _____ @ _____

☐ Preliminary examination set for _____ @ _____

☒ Defendant arraigned    ☒ Waives reading of (indictment)/information    ☐ Matter taken under advisement

☒ Plea entered **Not Guilty**    Order on pretrial motions: ☒ issued    ☐ to issue

☐ Defendant waives _____    ☐ order to issue    ☐ oral ruling

☐ Defendant waives evidentiary hearing and by leave of court withdraws all pretrial motions

Trial date/time _____ Before _____

☐ Remanded to custody    ☒ Released on bond

Next hearing date/time **5-23-06 at 9:30** Type of hearing **evidentiary** Before **MLM**

Proceeding commenced **9:41**    Proceeding concluded **9:45**    Continued to _____

☐ TERMINATE CASE REFERRAL    ☐ COPY TO DISTRICT JUDGE

## ARRAIGNMENT RECORD BEFORE U. S. MAGISTRATE JUDGE

USA v. __THOMAS KINWORTHY__ Case No. __4:06CR280 JCH (MLM)__

Government's Counsel __TIFFANY G. BECKER__

Defendant's Counsel __SHAWN A. GOULET__

____ DEFENDANT PLACED UNDER OATH

    Defendant's correctly spelled name __yes__

    Defendant's age __49__ DOB __1/13/57__

__N/A__ Defendant waives assistance of counsel
    _____ Inquiry conducted

    _____ Waiver filed

__N/A__ Defendant's signed consent to prosecution under Federal Juvenile Delinquency Act filed

__✓__ Defendant waives reading of Indictment

__✓__ Defendant ARRAIGNED

__✓__ Defendant pleads NOT GUILTY to __all__ Count(s) of the indictment

__X__ TRIAL ~~SET on~~ TO BE SET _____ at _____ A.M. before Judge __Jean C. Hamilton__

__X__ Order Concerning Pretrial Motions given to parties

__X__ Evidentiary Hearing set on __5/23/06__ at __9:30 AM__ before Judge __Medler__

__X__ Report & Recommendation due __ASAP__

_____ Defendant remanded to custody of U.S. Marshal

__✓__ Defendant released on existing bond

Date of Arraignment:
__5/10/06__

                                                                            _Mary Ann L. Medler_
                                                                            Mary Ann L. Medler
                                                                            United States Magistrate Judge