UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.   4:06CR00280 JCH<br>Defendant No. 01 |
| THOMAS KINWORTHY, | ) ) ) | |
| Defendant. | ) | |

**STATEMENT OF THE GOVERNMENT
REGARDING PRESENTENCE REPORT**

Comes now the United States of America, by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Tiffany G. Becker, Assistant United States Attorney for said District, and states that the Government has no objections to the Presentence Report.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney


 s/Tiffany G. Becker
TIFFANY G. BECKER, #77631
Asst. United States Attorney
lll South 10th Street
St. Louis, MO 63l02
(314) 539-2200

CERTIFICATE OF SERVICE

I hereby certify that on     December 11, 2006    , the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Shawn A. Goulet
Assistant Federal Public Defender

I hereby certify that on     December 11, 2006    , the foregoing was hand delivered to the following non-participant in Electronic Case Filing:

Joseph L. Hendrickson
United States Probation Officer
111 South 10th Street, Suite 2.325
St. Louis, MO 63102

            s/ Tiffany G. Becker
            Tiffany G. Becker, #77631
            Assistant United States Attorney